IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK LEON WEBSTER,

                Petitioner,

  v.

A. HEDGPETH, Warden,

              Respondent.

_____/

No. CV-07-3830 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

      **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the instant petition is hereby DISMISSED, without prejudice to petitioner's refiling the petition if he obtains the necessary order.

Dated: November 2, 2007

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk